JOSEPH WATSON EX DEM. JAMES BABY
v.
MARY MORAS (BOYER)

1809

### JOURNAL ENTRIES

1. Consent rule . . . . . . . . . . . *Journal, infra,* *p. 211
2. Declaration filed; plea; issue . . . . . . . . . . " 218
3. Continuance . . . . . . . . . . . . . " 221
4. Jurors; motion for nonsuit; argument . . . . . . " 301
5. Appearance; motion waived; special verdict . . . . " 301
6. Argument on special verdict heard . . . . . . . " 324
7. Postponement . . . . . . . . . . . . " 329
8. Judgment . . . . . . . . . . . . . . " 330
9. Facts admitted . . . . . . . . . . . . . " 330